# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK BRAMANTE, et al.,<br><br>                 Plaintiffs,<br><br>  v.<br><br>JAMES T. MICELI, et al.,<br><br>                Defendants. | CASE NO: 07-CV-0481 W (NLS)<br><br>**ORDER (1) GRANTING JOINT MOTION TO STAY CASE AND (2) DENYING WITHOUT PREJUDICE MOTION TO DISMISS** |

     Pending before the Court is a joint motion to stay the proceedings through July 14, 2008. According to the motion, <u>Bramante v. McClain, et al.</u>, 06-CA-0010 OLG-NSN, currently pending in the United States District Court for the Western District of Texas (the "Texas Litigation"), involves issues that are largely duplicative of the issues in this case. The parties assert that a final adjudication of the Texas Litigation would likely resolve many of the issues currently before the Court, and thus the parties contend that a stay is necessary to prevent the re-litigation of common issues.

     Based on the foregoing, the Court **GRANTS** the motion [Doc. No. 55], and **ORDERS** a **STAY** of this matter through July 14, 2008. In light of the stay and the parties' representation that issues currently before this Court may be resolved by a final

1  adjudication of the Texas Litigation, the Court further **DENIES WITHOUT**
2  **PREJUDICE** Plaintiffs' motion to dismiss the counter-claims [Doc. No. 46].[1]
3
4
5      **IT IS SO ORDERED.**
6
7
8  DATED: January 17, 2008
9                                                        Hon. Thomas J. Whelan
10                                                       United States District Judge

---

[1] If Plaintiffs' decide to refile the motion after the stay expires, Plaintiffs' counsel must contact the Court's law clerk for a hearing date.